Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
ROBERT KALANI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GABRIEL H. CHIU, Trustee of The Chiu Family Revocable Trust, under Declaration of Trust dated January 23, 1991; LAI HAR CHIU, Trustee of The Chiu Family Revocable Trust, under Declaration of Trust dated January 23, 1991; LEBASTCHI, CORPORATION dba SUBWAY #11234; SUBWAY 11234 PARTNERSHIP dba SUBWAY #11234; GALT ACE HARWARE, INC. dba GALT ACE HARDWARE,<br><br>　　　　Defendants. | No. 2:13-cv-01140-TLN-AC<br><br>**SECOND STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS GABRIEL H. CHIU, LAI HAR CHIU AND SUBWAY 11234 PARTNERSHIP TO FILE RESPONSIVE PLEADINGS BY MORE THAN 28 DAYS** |

**WHEREAS**, Plaintiff, Robert Kalani ("Plaintiff"), by and through his attorney of record, and Defendants, Gabriel H. Chiu, Trustee of the Chiu Family Revocable Trust, under Declaration of Trust dated January 23, 1991; Lai Har Chiu, Trustee of the Chiu Family Revocable Trust, under Declaration of Trust dated January 23, 1991, and Subway 11234 Partnership dba Subway #11234 (collectively "Defendants," and together with Plaintiff, "the Parties") who have not as yet retained counsel in anticipation of being able to settle this action and are thus self-represented, previously agreed to an extension of time for Defendants to file

SECOND STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS CHIU AND SUBWAY
TO FILE RESPONSIVE PLEADINGS BY MORE THAN 28 DAYS

Page 1

responsive pleadings by not more than 28 days, and responsive pleadings were thereby due on July 31, 2013;

**WHEREAS**, since the last stipulation was entered into, all Defendants have obtained California Certified Access Specialists reports and provided same to Plaintiff as a basis for settling Plaintiff's requests for injunctive relief, and the Parties are currently in meaningful settlement negotiations and are cautiously optimistic that a settlement is imminent;

**WHEREAS**, the Parties desire to conserve the Court's time and minimize the fees which will be expended in this action in preparing responsive pleadings, and instead wish to put their efforts and resources into settlement;

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED** between the Parties that Defendants may have to and including September 6, 2013 to file a responsive pleading in this matter.

**IT IS SO STIPULATED**.

Dated: August 12, 2013                                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff, Robert Kalani

Dated: August 13, 2013                                    /s/ Gabriel H. Chiu
Gabriel H. Chiu, Trustee of the Chiu
Family Revocable Trust, under Declaration
of Trust dated January 23, 1991, Defendant

Dated: August 13, 2013                                    /s/ Lai Har Chiu
Lai Har Chiu, Trustee of the Chiu
Family Revocable Trust, under Declaration
of Trust dated January 23, 1991, Defendant

Dated: August 14, 2013                                    /s/
Subway 11234 Partnership dba Subway #11234

SECOND STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS CHIU AND SUBWAY TO FILE RESPONSIVE PLEADINGS BY MORE THAN 28 DAYS

Page 2

I attest that the original signatures of the persons whose electronic signatures are shown above are maintained by me, and that their concurrence in the filing of this document and attribution of their signature was obtained.

*/s/ Tanya E. Moore*
Tanya E. Moore, Attorney for
Plaintiff, Robert Kalani

### ORDER

The Parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Gabriel Chiu's, Lai Har Chiu's, and Subway 11234 Partnership's responsive pleadings be filed on or before September 6, 2013;

**IT IS SO ORDERED**.

Dated: August 15, 2013

Troy L. Nunley
United States District Judge

SECOND STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS CHIU AND SUBWAY TO FILE RESPONSIVE PLEADINGS BY MORE THAN 28 DAYS

Page 3