Brett L. McKague, Esq. (SBN: 160396)
Erica L. Rosasco, Esq., (SBN: 220836)
**FLESHER McKAGUE LLP**
193 Blue Ravine Road, Suite 265
Folsom, CA  95630
Tele: (916) 358-9042
Fax: (916) 673-9672
blm@fbmllp.com; elr@fbmllp.com

Attorneys for Defendant
GALT ACE HARDWARE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, <br><br>          Plaintiff, <br><br>     vs. <br><br> GABRIEL H. CHIU, Trustee of The Chiu Family Revocable Trust, under Declaration of Trust dated January 23, 1991; LAI HAR CHIU, Trustee of The Chiu Family Revocable Trust, under Declaration of Trust dated January 23, 1991; SUBWAY 11234 PARTNERSHIP dba SUBWAY #11234; GALT ACE HARWARE, INC. dba GALT ACE HARDWARE, <br><br>          Defendants. | No.  2:13-cv-01140-TLN-AC <br><br> **AMENDED SECOND STIPULATION EXTENDING TIME FOR DEFENDANT GALT ACE HARDWARE, INC. TO FILE RESPONSIVE PLEADING AND TO CONTINUE LAST DATE TO FILE STATUS REPORT;  ORDER** |

**WHEREAS**, Plaintiff, Robert Kalani ("Plaintiff"), by and through his attorney of record, and Defendant, Galt Ace Hardware, Inc. dba Galt Ace Hardware ("Defendant"), by and through its attorney of record,  and together with Plaintiff, ("the Parties") in anticipation of being able to settle this action, previously agreed to an extension of time for Defendant to file responsive pleadings by not more than 28 days, and responsive pleadings were thereby due on September 11, 2013;

1

**AMENDED SECOND STIPULATION EXTENDING TIME FOR DEFENDANT GALT ACE HARDWARE, INC. TO FILE ITS RESPONSIVE PLEADING; ORDER**

**WHEREAS**, since the last stipulation was entered into, the Parties are currently in meaningful settlement negotiations and are optimistic that a settlement is imminent;

**WHEREAS**, the Parties desire to conserve the Court's time and minimize the fees which will be expended in this action in preparing responsive pleadings, and preparing the Status Report which is currently due September 20, 2013, and instead wish to put their efforts and resources into settlement;

**WHEREAS**, all other parties to this action have been dismissed due to settling with Plaintiff;

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED** between the Parties that Defendants may have to and including September 30, 2013 to file a responsive pleading in this matter.

**IT IS FURTHER STIPULATED** that the Joint Status Report, which is currently due on September 20, 2013, be due on September 30, 2013 if the matter has not settled prior thereto.

**IT IS SO STIPULATED**.

Dated: September 10, 2013                                MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff, Robert Kalani

Dated: September 9, 2013                                 /s/ Erica L. Rosasco
Erica L. Rosasco
Attorneys for Defendant, Galt Ace Hardware, Inc. dba Galt Ace Hardware

**ORDER**

The Parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's responsive pleadings be filed on or before September 30, 2013;

**IT IS FURTHER ORDERED** that a Joint Status Report in this matter be filed no later than September 30, 2013 if the action has not been settled in its entirety prior thereto.

**IT IS SO ORDERED**.

Dated: September 11, 2013

_____
Troy L. Nunley
United States District Judge